

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TERRY DAVID HAYES,<br><br>　　　　　　　　Defendant. | CASE NO. 15-cr-01820-GPC<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　8:1324(a)(1)(A)(ii),(v)(I),(a)(1)(B)(i) - Conspiracy to Transport

　　Certain Aliens (Felony)(1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/25/15

　　　　　　　　　　　　　　　　　　　　Bernard G. Skomal
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge